■ In the Matter of STEPHEN L. et al., Respondents, v AMY S.R., Respondent, and GARRETT D., Appellant. (Appeal No. 1.) [838 NYS2d 457]—Appeal from an order of the Family Court, Ontario County (Frederick G. Reed, J.), entered June 17, 2005 in a proceeding pursuant to the Family Court Act article 6. The order continued the appointment of petitioners as guardians of the three children and permitted the children to relocate with petitioners to the State of Washington.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Pine, JJ.

■ In the Matter of SHAYLEE R. and Others, Infants. ON-TARIO COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; GARRETT D., Appellant. (Appeal No. 2.) [838 NYS2d 457]—Appeal from an order of the Family Court, Ontario County (Frederick G. Reed, J.), entered July 28, 2005 in a proceeding pursuant to Family Court Act article 10. The order adjudged that placement of the children shall be pursuant to a guardianship proceeding.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Pine, JJ.

■ In the Matter of SHAWN GREEN, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. (Appeal No. 1.) [838 NYS2d 456]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered June 20, 2006 in a proceeding pursuant to CPLR article 78. The judgment, insofar as appealed from, denied the petition insofar as it challenged two determinations denying petitioner's inmate grievances.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Pine, JJ.